IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JAMES BEY<br>also known as<br>James Demarco Bogan,<br><br>    Plaintiff,<br><br>    v.<br><br>PAUL HOWARD<br>District Attorney of Fulton County,<br>Georgia, individually and in his<br>official capacity,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:11-CV-2550-TWT |

## ORDER

This is a pro se civil action by a state prisoner seeking to remove his criminal case from the Superior Court of Fulton County. It is before the Court on the Report and Recommendation [Doc. 2] of the Magistrate Judge recommending dismissing the action as frivolous. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 21 day of September, 2011.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\11\Bey\11cv2550\r&r.wpd